IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Debtor. | Bankruptcy Case No. 19-34054 |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P.,<br><br>    Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Appellee. | Civ. Act. No. 3:21-cv-00538-N |
| HIGHLAND GLOBAL ALLOCATION FUND, HIGHLAND INCOME FUND, NEXPOINT CAPITAL, INC., and NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>    Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Appellee. | Civ. Act. No. 3:21-cv-00539-N |
| JAMES DONDERO,<br><br>    Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., | Civ. Act. No. 3:21-cv-00546-N |

|  |  |  |
|---|---|---|
| Appellee. | § | |
| GET GOOD TRUST and THE DUGABOY INVESTMENT TRUST, | § § § | |
| Appellants, | § § | |
| v. | § § | Civ. Act. No. 3:21-cv-00550-N |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Appellee. | § § | |

**ORDER**

On May 4, 2021, the Fifth Circuit granted direct appeal in 21cv538. On June 2, 2021, direct appeal was also granted in 21cv539, 21cv546 and 21cv550 and the cases were consolidated for appeal purposes (see 5th Circuit Case No. 21-10449).

Since the appeal to this Court is no longer relevant, these cases are administratively closed for statistical purposes without prejudice.

Signed July 12, 2022.

_____
David C. Godbey
United States District Judge